No. 78–1004.  HEILMAN ET AL. *v.* BELL, ATTORNEY GENERAL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 78–1017.  TUG OCEAN PRINCE, INC., ET AL. *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–1019.  SWAFFORD *v.* AVAKIAN.  C. A. 5th Cir.  Certiorari denied.

No. 78–1022.  CROWELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 78–1026.  KLINGAMAN, T/A BANNER SIGHTSEEING CO., ET AL. *v.* SOMMERS.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 78–1035.  PACE ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–1044.  DiLUIGI *v.* KAFKALAS, ADJUTANT GENERAL OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 78–1047.  HORVAT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 78–1061.  HALEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–1062.  McMANUS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 78–1089.  RKO GENERAL, INC. *v.* MULTI-STATE COMMUNICATIONS, INC.  C. A. D. C. Cir.  Certiorari denied.